IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| JOE WOLF, as Administrator of the Estate of<br>GARY VAN WOLF, deceased | | PLAINTIFF |
| v. | Case No. 2:12-CV-02039 | |
| SEBASTIAN COUNTY, ARKANSAS; FRANK<br>ATKINSON; BILL HOLLENBECK; MIKE CONGER;<br>KIM TAULBEE; BRIAN MCGREW; JOHN DEVANE;<br>and AARON MARIOTT | | DEFENDANTS |

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is the parties' Joint Motion for Dismissal. (Doc. 31).

It appearing to the Court that the matter has been settled, it is ORDERED that the parties' Joint Motion (Doc. 31) is GRANTED and the Complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the settlement.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed, that the parties require Court intervention in an unanticipated dispute regarding the settlement, and/or that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 5th day of April, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE